# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re: LUELL, TIMOTHY P  
      TIBBE-LUELL, CYNTHIA A

Case No. 14-33720

Chapter 7

               Debtors

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 10, 2014. The undersigned trustee was appointed on September 11, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $       4,910.33

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1.96 |
| Bank service fees | 90.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 930.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 3,888.37 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/05/2015 and the deadline for filing governmental claims was 02/05/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $995.08. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $995.08, for a total compensation of $995.08.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $113.22, for total expenses of $113.22.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/06/2015         By: /s/Mary Jo A. Jensen-Carter
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-33720  **Trustee:** (430110) Mary Jo A. Jensen-Carter
**Case Name:** LUELL, TIMOTHY P  **Filed (f) or Converted (c):** 09/10/14 (f)
TIBBE-LUELL, CYNTHIA A  **§341(a) Meeting Date:** 10/06/14
**Period Ending:** 08/06/15  **Claims Bar Date:** 02/05/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Homestead | 192,200.00 | 0.00 | | 0.00 | FA |
| 2 | Timeshare (one week bi-annual in Las Vegas) | 600.00 | 0.00 | | 0.00 | FA |
| 3 | Cash - wife | 425.00 | 0.00 | | 0.00 | FA |
| 4 | Cash - husband | 225.00 | 0.00 | | 0.00 | FA |
| 5 | US Bank (checking) | 95.00 | 0.00 | | 0.00 | FA |
| 6 | Wells Fargo (checking, savings, custodial) | 1,707.00 | 0.00 | | 0.00 | FA |
| 7 | Household goods and furnishings | 6,730.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Jewelry including 2 wedding rings | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | Sporting goods | 750.00 | 0.00 | | 0.00 | FA |
| 11 | Traditional IRA | 304,842.00 | 0.00 | | 0.00 | FA |
| 12 | IRA - wife | 21,605.00 | 0.00 | | 0.00 | FA |
| 13 | IRA - husband | 9,600.00 | 0.00 | | 0.00 | FA |
| 14 | 100% of Valley Dance and Fitness, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Asa Parker House (bed and breakfast) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Consulting fees earned but unpaid (18 hrs) | 936.00 | 2,860.33 | | 2,860.33 | FA |
| 17 | 2014 Tax Refunds | 0.00 | 0.00 | | 930.00 | FA |
| 18 | 2007 Cadillac CTS (107,xxx miles) | 5,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2003 Dodge Ram 2500 (142, xxx miles) | 10,000.00 | 0.00 | | 0.00 | FA |
| 20 | 2001 Buick Regal (214,xxx miles) | 2,000.00 | 0.00 | | 0.00 | FA |
| 21 | 1990 Wells Cargo enclosed trailer | 1,700.00 | 0.00 | | 0.00 | FA |
| 22 | 2 utility trailers | 700.00 | 0.00 | | 0.00 | FA |
| 23 | 1992 Artic Cat snowmobile | 350.00 | 0.00 | | 0.00 | FA |
| 24 | 1985 Honda 250cc ATV | 300.00 | 0.00 | | 0.00 | FA |
| 25 | racing lawn mower | 800.00 | 0.00 | | 0.00 | FA |
| 26 | 2005 Murray riding mower | 500.00 | 0.00 | | 0.00 | FA |
| 27 | Browning gun safe | 800.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-33720  
**Case Name:** LUELL, TIMOTHY P  
TIBBE-LUELL, CYNTHIA A  
**Period Ending:** 08/06/15  

**Trustee:** (430110) Mary Jo A. Jensen-Carter  
**Filed (f) or Converted (c):** 09/10/14 (f)  
**§341(a) Meeting Date:** 10/06/14  
**Claims Bar Date:** 02/05/15  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 28   10 oz bars of silver (3) | 840.00 | 0.00 | | 0.00 | FA |
| 29   529 Account for son (u) (value is based on last year's contributions) | 1,120.00 | 1,120.00 | | 1,120.00 | FA |
| 29   **Assets   Totals** (Excluding unknown values) | **$567,325.00** | **$3,980.33** | | **$4,910.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL ACCOUNT BEFORE DISTRIBUTION 8-6-15

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015   **Current Projected Date Of Final Report (TFR):**   August 6, 2015  (Actual)

Printed: 08/06/2015 04:57 PM    V.13.23

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-33720  
**Case Name:** LUELL, TIMOTHY P  
TIBBE-LUELL, CYNTHIA A  
**Taxpayer ID #:** **-***1409  
**Period Ending:** 08/06/15

**Trustee:** Mary Jo A. Jensen-Carter (430110)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0166 - Checking Account  
**Blanket Bond:** $17,288,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/14 | {16} | TIMOTHY P. LUELL | CONSULTING FEES | 1129-000 | 1,000.00 | | 1,000.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 990.00 |
| 12/03/14 | {29} | EDWARD JONES | 529 ACCOUNT | 1229-000 | 1,120.00 | | 2,110.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,100.00 |
| 01/12/15 | {16} | TIMOTHY P. LUELL | CONSULTING FEES | 1129-000 | 800.00 | | 2,900.00 |
| 01/20/15 | {16} | TIMOTHY P. LUELL | CONSULTING FEES | 1129-000 | 500.00 | | 3,400.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,390.00 |
| 02/11/15 | {16} | TIMOTHY P. LUELL | CONSULTING FEES | 1129-000 | 560.33 | | 3,950.33 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,940.33 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,930.33 |
| 04/27/15 | {17} | STATE OF MINNESOTA | 2014 TAX REFUND | 1124-000 | 930.00 | | 4,860.33 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,850.33 |
| 05/11/15 | 101 | CYNTHIA A. TIBBE-LUELL | DEBTOR'S EXEMPTION | 8100-002 | | 930.00 | 3,920.33 |
| 05/14/15 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/14/2015 FOR CASE #14-33720, BOND NO. 016018055 | 2300-000 | | 1.96 | 3,918.37 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,908.37 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,898.37 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,888.37 |
| | | | **ACCOUNT TOTALS** | | 4,910.33 | 1,021.96 | **$3,888.37** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,910.33 | 1,021.96 | |
| | | | Less: Payments to Debtors | | | 930.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,910.33** | **$91.96** | |

|  |  |
|---|---|
| Net Receipts : | 4,910.33 |
| Less Payments to Debtor : | 930.00 |
| Net Estate : | $3,980.33 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******0166 | 4,910.33 | 91.96 | 3,888.37 |
| | $4,910.33 | $91.96 | $3,888.37 |

{} Asset reference(s)

Printed: 08/06/2015 04:57 PM  V.13.23

Printed: 08/06/15 04:58 PM    **Exhibit C**    Page: 1

**Case: 14-33720    LUELL, TIMOTHY P**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 7 | 02/03/15 | 999 | Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328<br>&lt;4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)&gt; | 283.21 | 283.21 | 0.00 | 283.21 | 0.00 |
| 10 | 02/04/15 | 999 | U.S. Bank Home Mortgage<br>U.S. Bank National Association<br>4801 Frederica Street<br>Owensboro, KY 42301<br>&lt;4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt; | 45,193.49 | 45,193.49 | 0.00 | 45,193.49 | 0.00 |
| | | | **Total for Priority 999:    0% Paid** | **$45,476.70** | **$45,476.70** | **$0.00** | **$45,476.70** | **$0.00** |
| | | | **Total for Secured Claims:** | **$45,476.70** | **$45,476.70** | **$0.00** | **$45,476.70** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 09/10/14 | 200 | Mary Jo A. Jensen-Carter<br>1257 Gun Club Road<br>White Bear Lake, MN 55110<br>&lt;2100-00  Trustee Compensation&gt; | 995.08 | 995.08 | 0.00 | 995.08 | 995.08 |
| | 09/10/14 | 200 | Mary Jo A. Jensen-Carter<br>1257 Gun Club Road<br>White Bear Lake, MN 55110<br>&lt;2200-00  Trustee Expenses&gt; | 113.22 | 113.22 | 0.00 | 113.22 | 113.22 |
| | | | **Total for Priority 200:    100% Paid** | **$1,108.30** | **$1,108.30** | **$0.00** | **$1,108.30** | **$1,108.30** |
| | | | **Total for Admin Ch. 7 Claims:** | **$1,108.30** | **$1,108.30** | **$0.00** | **$1,108.30** | **$1,108.30** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 11/04/14 | 610 | American InfoSource LP<br>as agent for Xcel Energy North<br>PO Box 268872<br>Oklahoma City, OK 73126-8872<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 1,373.02 | 1,373.02 | 0.00 | 1,373.02 | 38.71 |
| 2 | 11/11/14 | 610 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 423.43 | 423.43 | 0.00 | 423.43 | 11.94 |
| 3 | 11/11/14 | 610 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 5,269.26 | 5,269.26 | 0.00 | 5,269.26 | 148.55 |

Printed: 08/06/15 04:58 PM     **Exhibit C**     Page: 2

### Case: 14-33720   LUELL, TIMOTHY P

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 4 | 11/26/14 | 610 | US BANK N.A. <br> BANKRUPTCY DEPARTMENT <br> P.O. BOX 5229 <br> CINCINNATI, OH 45201-5229 <br> <7100-00   General Unsecured § 726(a)(2)> | 1,077.16 | 1,077.16 | 0.00 | 1,077.16 | 30.37 |
| 5 | 12/09/14 | 610 | Prime National Bank <br> c/o Anthony Wacker <br> PO Box 131313 <br> Saint Paul, MN 55113 <br> <7100-00   General Unsecured § 726(a)(2)> | 46,006.94 | 46,006.94 | 0.00 | 46,006.94 | 1,297.04 |
| 6 | 01/15/15 | 610 | American Express Centurion Bank <br> c/o Becket and Lee LLP <br> PO Box 3001 <br> Malvern, PA 19355-0701 <br> <7100-00   General Unsecured § 726(a)(2)> | 4,801.91 | 4,801.91 | 0.00 | 4,801.91 | 135.38 |
| 8 | 02/03/15 | 610 | GOSSAI AND KNUTSON D.D.S. P.A. <br> 2850 CURVE CREST BLVD <br> SUITE 200 <br> STILLWATER, MN 55082 <br> <7100-00   General Unsecured § 726(a)(2)> | 1,494.32 | 1,494.32 | 0.00 | 1,494.32 | 42.13 |
| 9 | 02/04/15 | 610 | Cavalry Spv I, LLC <br> c/o Bass & Associates, P.C. <br> 3936 E. Ft. Lowell Road, Suite #200 <br> Tucson, AZ 85712 <br> <7100-00   General Unsecured § 726(a)(2)> | 2,018.00 | 2,018.00 | 0.00 | 2,018.00 | 56.89 |
| 11 | 02/05/15 | 610 | SouthMetro Centers V, LLC <br> c/o Kevin Coan <br> 333 South Seventh St #2000 <br> Minneapolis, MN 55402 <br> <7100-00   General Unsecured § 726(a)(2)> <br> See attached letter amending claim amount | 36,146.95 | 36,146.95 | 0.00 | 36,146.95 | 1,019.06 |
| | | | **Total for Priority 610:   2.81923% Paid** | **$98,610.99** | **$98,610.99** | **$0.00** | **$98,610.99** | **$2,780.07** |
| | | | **Total for Unsecured Claims:** | **$98,610.99** | **$98,610.99** | **$0.00** | **$98,610.99** | **$2,780.07** |
| | | | **Total for Case :** | **$145,195.99** | **$145,195.99** | **$0.00** | **$145,195.99** | **$3,888.37** |

**TRUSTEE'S PROPOSED DISTRIBUTION**                       Exhibit D

Case No.:  14-33720
Case Name:  LUELL, TIMOTHY P
Trustee Name:  Mary Jo A. Jensen-Carter

**Balance on hand:**                $    3,888.37

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | Wells Fargo Card Services | 283.21 | 283.21 | 0.00 | 0.00 |
| 10 | U.S. Bank Home Mortgage | 45,193.49 | 45,193.49 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $    0.00
Remaining balance:   $    3,888.37

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Mary Jo A. Jensen-Carter | 995.08 | 0.00 | 995.08 |
| Trustee, Expenses - Mary Jo A. Jensen-Carter | 113.22 | 0.00 | 113.22 |

Total to be paid for chapter 7 administration expenses:   $    1,108.30
Remaining balance:   $    2,780.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $    0.00
Remaining balance:   $    2,780.07

   In addition to the expenses of administration listed above as may be allowed by the
Court, priority claims totaling $0.00 must be paid in advance of any dividend to
general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 2,780.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 98,610.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP | 1,373.02 | 0.00 | 38.71 |
| 2 | US BANK N.A. | 423.43 | 0.00 | 11.94 |
| 3 | US BANK N.A. | 5,269.26 | 0.00 | 148.55 |
| 4 | US BANK N.A. | 1,077.16 | 0.00 | 30.37 |
| 5 | Prime National Bank | 46,006.94 | 0.00 | 1,297.04 |
| 6 | American Express Centurion Bank | 4,801.91 | 0.00 | 135.38 |
| 8 | GOSSAI AND KNUTSON D.D.S. P.A. | 1,494.32 | 0.00 | 42.13 |
| 9 | Cavalry Spv I, LLC | 2,018.00 | 0.00 | 56.89 |
| 11 | SouthMetro Centers V, LLC | 36,146.95 | 0.00 | 1,019.06 |

|  | Total to be paid for timely general unsecured claims: | $ | 2,780.07 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**